late Division, Third Department. May 21, 1909.) Action by Jabez C. Pierce against the Supreme Tent of the Knights of the Maccabees of the World. No opinion. Judgment reversed on law and facts, and new trial granted, with costs to appellant to abide event, upon authority of Mock v. Supreme Council, 121 App. Div. 474, 106 N. Y. Supp. 155, and of Wright v. Maccabees, 122 App. Div. 904, 106 N. Y. Supp. 1150.

In re PIERCE'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) In the matter of the appraisal of the estate of William P. Pierce, deceased, under the acts relating to taxable transfers. No opinion. Motion granted, amending order entered May 5, 1909 (116 N. Y. Supp. 816), by inserting therein a statement that said order of reversal was made upon questions of law and fact.

PIETRAROIA v. NEW JERSEY & H. R. RY. & FERRY CO. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Pietro Pietraroia, as administrator, against the New Jersey & Hudson River Railway & Ferry Company. No opinion. Motion granted. Order filed. See, also, 116 N. Y. Supp. 249.

PIPITONE, Appellant, v. ITALIAN SAVINGS BANK OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Vincenzo Pipitone against the Italian Savings Bank of the City of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re POMERANZ. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) In the matter of the application of Victor E. Pomeranz. No opinion. Order of the Special Term affirmed, without costs.

In re POST. (Supreme Court, Appellate Division, First Department. June 4, 1909.) In the matter of Edwin Post, deceased. No opinion. Decree and order affirmed, with costs. Order filed.

PRENDERVILLE, Respondent, v. CONEY ISLAND & B. R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by James Prenderville, Jr., an infant, by James Prenderville, his guardian ad litem, against the Coney Island & Brooklyn Railroad Company. No opinion. Motion granted, without costs. See, also, 115 N. Y. Supp. 633.

PRESTON, Respondent, v. ALBEE et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Charles M. Preston, as receiver, etc.,

against Franklin C. Albee and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 120 App. Div. 89, 105 N. Y. Supp. 33.

PRICE, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Maratien F. Price against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re PROTE. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) In the matter of the judicial settlement of John R. Prote, as administrator, etc., of Mary Louisa Nichols, deceased. John R. Prote, appellant. No opinion. Decree (54 Misc. Rep. 495, 104 N. Y. Supp. 581) of the Surrogate's Court of Westchester county affirmed, with costs, on the opinion of the surrogate, and on the authority of Matter of Devoe, 107 App. Div. 245, 94 N. Y. Supp. 1129, affirmed 185 N. Y. 536, 77 N. E. 1185.

PRYOR et al. v. CITY OF BUFFALO et al. (Supreme Court, Appellate Division, Fourth Department. September 29, 1909.) Action by Edward B. Pryor and others, individually and as trustees, etc., against the City of Buffalo, impleaded with others. PER CURIAM. Judgment (61 Misc. Rep. 162, 113 N. Y. Supp. 249) modified, by allowing plaintiffs interest at the legal rate from the 25th day of June, 1907, the date when defendant city refused to allow repayment of the purchase price upon demand, and, as so modified, affirmed, with costs to plaintiffs. WILLIAMS, J., dissents, and votes for reversal of the judgment.

In re PUBLIC SERVICE COMMISSION (Manhattan Bridge Route, Revised; Canal St. Route; River Ave. Elevated Road in the Bronx). (Supreme Court, Appellate Division, First Department. June 25, 1909.) In the matter of the Public Service Commission, as to the Manhattan Bridge route, revised, the Canal Street route, and as to the River Avenue Elevated Road in the Bronx. No opinions. Motions granted. Settle orders on notice.

PULCIANI, Respondent, v. UNITED AMUSEMENT COS., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 4, 1909.) Action by Louis Pulciani against the United Amusement Companies. No opinion. Judgment affirmed, with costs.

PUSEY & JONES CO., Respondent, v. KATES, Appellant. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by the Pusey & Jones Company against Norbert B. Kates, impleaded. A. Benedict, for appellant. P. Allen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.